KEITH A. WEAVER
Nevada Bar No. 10271
DANIELLE WOODRUM
Nevada Bar No. 12902
ALISSA N. BESTICK
Nevada Bar No. 14979C
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant PacificSource Health Plans*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL DAVIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFICSOURCE HEALTH PLANS, an Oregon corporation,<br><br>Defendant. | CASE NO. 2:19-cv-00045<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER |

Plaintiff, MITCHELL DAVIS, by and through his undersigned counsel of record, of REMPFER MOTT LUNDY, PLLC, and Defendant PACIFICSOURCE HEALTH PLANS, by and through its undersigned counsel of record, of LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and agree as follows:

The time for Defendant PACIFICSOURCE HEALTH PLANS to answer or otherwise move with respect to the Summons and Complaint in the above-referenced action, is hereby extended to and including March 13, 2019.

/ / /

/ / /

/ / /

/ / /

4844-8033-9593.1

IT IS FURTHER STIPULATED AND AGREED that an executed electronic copy of this Stipulation shall be deemed an original.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated: February 27th, 2019

REMPFER MOTT LUNDY, PLLC

/s/ Scott E. Lundy, Esq.
Joseph N. Mott, Esq.
Nevada Bar No. 12455
Scott E. Lundy, Esq.
Nevada Bar No. 14235
10091 Park Run Dr., Ste. #200
Las Vegas, NV 89145
*Attorneys for Plaintiff*

Dated: February 27th, 2019

LEWIS BRISBOIS BISGAARD & SMITH LLP

Ali Bestick

Keith A. Weaver
Nevada Bar No. 10271
Danielle Woodrum
Nevada Bar No. 12902
Alissa N. Bestick
Nevada Bar No. 14979C
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for Defendant PacificSource Health Plans*

## ORDER

IT IS SO ORDERED:

DATED  2-27-2019

_____
UNITED STATES MAGISTRATE JUDGE

4844-8033-9593.1

2