KEITH A. WEAVER
Nevada Bar No. 10271
DANIELLE WOODRUM
Nevada Bar No. 12902
ALISSA N. BESTICK
Nevada Bar No. 14979C
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant PacificSource Health Plans*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MITCHELL DAVIS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PACIFICSOURCE HEALTH PLANS, an Oregon corporation,<br><br>Defendant. | CASE NO. 2:19-cv-00045<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION MOTION TO DISMISS<br><br>FIRST REQUEST |

Plaintiff, MITCHELL DAVIS, by and through his undersigned counsel of record, REMPFER MOTT LUNDY, PLLC, and Defendant PACIFICSOURCE HEALTH PLANS, by and through its undersigned counsel of record, LEWIS BRISBOIS BISGAARD & SMITH LLP, hereby stipulate and agree as follows:

The time for Defendant PACIFICSOURCE HEALTH PLANS to file its Reply to Plaintiff's Opposition to the Motion to Dismiss in the above-referenced action, is hereby extended to and including April 23, 2019.

///

///

///

///

4842-8433-6788.1

IT IS FURTHER STIPULATED AND AGREED that an executed electronic copy of this Stipulation shall be deemed an original.

SUBMITTED BY THE FOLLOWING COUNSEL OF RECORD:

Dated: April 16th, 2019                         Dated: April 16Th, 2019

REMPFER MOTT LUNDY, PLLC                        LEWIS BRISBOIS BISGAARD & SMITH LLP

/s/ Scott E. Lundy, Esq.                        *[signature: Bestick]*
Joseph N. Mott, Esq.                            Keith A. Weaver
Nevada Bar No. 12455                            Nevada Bar No. 10271
Scott E. Lundy, Esq.                            Danielle Woodrum
Nevada Bar No. 14235                            Nevada Bar No. 12902
10091 Park Run Dr., Ste. #200                   Alissa N. Bestick
Las Vegas, NV 89145                             Nevada Bar No. 14979C
*Attorneys for Plaintiff*                       6385 S. Rainbow Boulevard, Suite 600
                                                Las Vegas, Nevada 89118
                                                *Attorneys for Defendant PacificSource Health Plans*

## ORDER

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: April 16, 2019.

4842-8433-6788.1                     2