**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MITCHELL DAVIS,<br><br>    Plaintiff<br><br>v.<br><br>PACIFICSOURCE HEALTH PLANS, INC.,<br><br>    Defendant | Case No.: 2:19-cv-00045-APG-VCF<br><br>**Order Granting Motion to Supplement**<br><br>[ECF No. 13] |

IT IS ORDERED that defendant PacificSource Health Plans, Inc.'s unopposed motion to supplement **(ECF No. 13) is GRANTED**.  Defendant shall file a copy of the Policy on or before August 16, 2019.

DATED this 2nd day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE