IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MITCHELL DAVIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICSOURCE HEALTH PLANS,<br>an Oregon corporation,<br><br>Defendant. | CV 19–180–M–DWM<br><br><br>ORDER |

The parties having filed a stipulation for dismissal pursuant to Rule 41(a),

IT IS ORDERED that the above-captioned cause is DISMISSED WITH PREJUDICE, each party to pay its own costs. All pending motions are MOOT and all deadlines are VACATED.

DATED this 6+ day of May, 2020.

Donald W. Molloy, District Judge
United States District Court